UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 13 CASE

Brian Hagberg                                       CASE NO. 09-32147 DDO

            Debtor(s).                              ORDER
_____

The above entitled matter came before the court on the motion of Mortgage Electronic Registration Systems, Inc. its successors and/or assigns through its servicing agent US Bank N.A. (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1.      That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated June 07, 2006, executed by Brain E Hagberg single and Laurie M Hagberg single, covering real estate located in Blue Earth County, Minnesota, legally described as follows, to wit:

> Lot 4 Block 7 Trail Creek Addition
> And commonly known as 113Kingsmill Court, Mankato, Minnesota 56001-7622

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2.      That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: April 7, 2010                                /e/ Dennis D. O'Brien
                                                    _____
                                                    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/07/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk